John Sauls, Plaintiff in Error, vs. Henry L. Mitchell, Governor of the State of Florida, for the use of Jennie Miller, Defendant in Error.

Writ of error to Circuit Court, Volusia county; John D. Broome, Judge.

Isaac A. Stewart, for Plaintiff in Error.

B. M. Miller and F. C. Austin, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error and Isaac Miller and Louisa Smith. There was judgment for the plaintiff against John Sauls—the other defendants not having been served with summons—and the defendant Sauls takes writ of error. The judgment is affirmed.

Decision Per Curiam.